MICHAEL P. HEALY, #4777-0
1188 Bishop Street, Suite 3304
Honolulu, HI 96813
Telephone: (808) 525-8584
Facsimile: (808) 376-8695
E-mail: honolululawyer@outlook.com

CHARLES H. BROWER, #1980-0
900 Fort Street, Suite 1210
Honolulu, HI 96813
Telephone: (808) 526-2688
Facsimile: (808) 526-0307
E-Mail: honolululaw808@gmail.com

Attorneys for Plaintiff
Mark Wilkinson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| MARK WILKINSON, | ) | CIVIL NO. _____ |
|---|---|---|
| | ) | |
| Plaintiff, | ) | COMPLAINT; JURY |
| | ) | DEMAND; SUMMONS |
| vs. | ) | |
| | ) | |
| PETER LIK USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT

COMES NOW, Plaintiff MARK WILKINSON, by and through his attorneys Charles H. Brower and Michael P. Healy, and for causes of action against Defendant, alleges and avers as follows:

## NATURE OF CASE

1. Plaintiff MARK WILKINSON (hereinafter "WILKINSON") was at all times mentioned herein a resident of Lahaina, Hawaii, and now currently resides in Charleston, South Carolina.

2. Defendant PETER LIK USA, INC., (hereinafter "LIK") is a foreign corporation with a principal place of business in Lahaina, Hawaii.

3. Plaintiff was hired by Defendant LIK in 2010, as a Sales Consultant.

4. On July 27, 2021, Plaintiff was terminated from employment with Defendant LIK.

## JURISDICTION

5. The jurisdiction of this Court is pursuant to The Family Medical Leave Act (FMLA) of 1993.

## STATEMENT OF FACTS

6. Plaintiff was hired by Defendant LIK in 2010, as a Sales Consultant.

7. In June 2021, Plaintiff suffered a work injury to his back and had to take a doctor certified medical leave due to the injury.

8. Plaintiff was fully capable of performing his job duties after being allowed leave to recover from his injuries and return to work.

9. Plaintiff was terminated from employment on July 27, 2021.

10. Plaintiff was wrongfully terminated by Defendant LIK in violation of the FMLA for which Plaintiff is entitled to damages including loss of income.

## STATEMENT OF CLAIM

## COUNT I - FAMILY MEDICAL LEAVE ACT

11. Plaintiff incorporates the foregoing paragraphs, as though fully set forth herein.

12. The Family Medical Leave Act of 1993, provides that leave of 120 days should be allowed to an employee to recover from an injury and return to his position.

13. Defendant LIK violated the FMLA by terminating Plaintiff while on leave recovering from a back injury within 120 days of his injury and need for leave.

14. Plaintiff has suffered, as a direct and proximate result of the aforesaid conduct, damages by way of loss of earnings and earning capacity, loss of fringe and pension benefits, and other benefits due him.

15. As a further direct and proximate result of said unlawful conduct, Plaintiff has suffered due to his termination.

16. As a further direct and proximate result of said unlawful employment practices, Plaintiff has suffered mental anguish, outrage, depression, severe anxiety about his future and his ability to support himself, harm to his employability and earning capacity as well as loss of a career advancement opportunity, painful embarrassment among his friends and co-workers, disruption of his personal life,

and loss of enjoyment of the ordinary pleasures of everyday life for which he is entitled to an award of general damages.

17. The actions of Defendants and their employees as described above are oppressive, outrageous, and otherwise characterized by aggravating circumstances sufficient to justify the imposition of punitive damages.

WHEREFORE, upon a hearing hereof Plaintiff WILKINSON prays that judgment be entered on all Counts:

A. For reinstatement of employment with Defendant LIK with full benefits; and

B. For all damages to which Plaintiff is entitled, including general damages and other damages to be proven at trial; and

C. For special damages, including back pay, front pay and other expenses; and

D. For punitive damages; and

E. For attorney's fees, costs, and interest, including prejudgment interest; and

F. For such other and further relief as is appropriate.

The total amount of damages prayed for exceeds the minimum jurisdictional limits of this Court.

DATED: Honolulu, Hawaii, July 26, 2023.

                    /s/ Charles H. Brower
                    CHARLES H. BROWER
                    MICHAEL P. HEALY
                    Attorneys for Plaintiff
                    Mark Wilkinson