Judy M. Iriye, Bar No. 10569
jiriye@littler.com
Chase Parongao, Bar No. 11849
cparongao@littler.com
LITTLER MENDELSON, P.C.
500 Ala Moana Boulevard
Suite 7400, PMB #404
Honolulu, Hawaii  96813
Telephone:  (808) 650-6064

Attorneys for Defendant
PETER LIK USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK WILKINSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PETER LIK USA, INC.,<br><br>　　　　　Defendant. | Civil No. 23-00308 SOM-RT<br><br>**THE PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF AGAINST DEFENDANT; ORDER; CERTIFICATE OF SERVICE**<br><br>　Trial:　　January 28, 2025 |

# THE PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF AGAINST DEFENDANT

IT IS HEREBY STIPULATED by and among Plaintiff MARK WILKINSON and Defendant PETER LIK USA, INC., by and through their counsel of record, that a settlement was jointly agreed to and that all claims by Plaintiff against Defendant, set forth in Plaintiff's Complaint filed on July 26, 2023 (Dkt. No. 1), are hereby dismissed with prejudice. Each party is to bear his/its own attorneys' fees and costs.

This Stipulation has been signed by all parties, or their respective counsel, who have appeared in this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| DATED: | DATED: |
| Honolulu, Hawaii<br>November 1, 2024 | Kailua, Hawaii<br>November 1, 2024 |
| /s/ *Michael P. Healy* | /s/ *Judy M. Iriye* |
| Michael P. Healy<br>Charles H. Brower | Judy M. Iriye<br>Chase P. Parongao<br>Littler Mendelson, P.C. |
| Attorney for Plaintiff<br>MARK WILKINSON | Attorneys for Defendant<br>PETER LIK USA, INC. |

**APPROVED AND SO ORDERED.**

DATED: Honolulu, Hawaii, November __1__, 2024

_____
HONORABLE SUSAN OKI MOLLWAY
United States District Judge

---

THE PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF AS TO DEFENDANT; ORDER; *Mark Wilkinson v. Peter Lik USA, Inc.*, Civil No. 23-CV-00308-SOM-RT.